UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.:   8:02-cr-110-T-23

GILLER RAMON PIHUAVE
_____/

**ORDER**

Pihuave moves (Doc. 253) under 18 U.S.C. § 3582(c)(2) for a "reduction of sentence in light of the November 1st 2010 Amendments to the U.S.S.G." and seeks "the specific departure based on cultural assimilation (§ 2L1.2) and or any combination of departures and variances."   Pihuave also moves for the appointment of counsel "if [the court] deems just . . . ."

Pihuave's judgment of imprisonment (Doc. 170) was filed February 13, 2003, and he filed no appeal.  Pihuave's Section 2255 motion was denied on February 25, 2004 (Doc. 4 in Civil Case No. 8:04-cv-275).

A reduction in a term of imprisonment is authorized by 18 U.S.C. § 3582(c)(2) when a guideline range applicable to a defendant is subsequently lowered and the applicable amendment is listed in Section 1B1.10(c) of the Sentencing Guidelines.

Because none of the November 1, 2010, amendments to the Sentencing Guidelines is listed in Section 1B1.10(c) of the Sentencing Guidelines, the amendments apply prospectively only.

Accordingly, Pihuave's motion for a reduction of sentence and for appointment of counsel is **DENIED**.

ORDERED in Tampa, Florida, on February 23, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE